UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-00249-3 |
| | ) | JUDGE SHARP |
| **ANDREW BENTLEY SINER** | ) | |

## O R D E R

Pending before the Court is Defendant Siner's Motion to Continue Sentencing (Docket No. 73) to which the Government does not oppose.

The motion is GRANTED, and the sentencing set for October 29, 2012 is hereby rescheduled for November 30, 2012 at 1:30 p.m.

It is so ORDERED.

*[signature]*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE