# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:11-00249 |
| ) | JUDGE SHARP |
| ) | |
| KEVIN DEWITT BRAME, JR., ) | |

## O R D E R

Due to a trial conflict, the telephone conference scheduled with Defendant's counsel for Friday, January 25, 2013 is hereby RESCHEDULED for Thursday, January 31, 2013 at 10:00 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE